## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Shack, Jane E

Printed:  5/1/07

Case Number:  06 B 12650
Judge:  Hollis, Pamela S
Filed:  10/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  February 12, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,100.00 |  |
| Secured: |  | 1,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 50.43 |
| Other Funds: |  | 49.57 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 2. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 10,372.00 | 1,000.00 |
| 4. | Barclays Capital Real Estate | Secured | 21,746.93 | 0.00 |
| 5. | B-Line LLC | Unsecured | 201.89 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 5.00 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 146.37 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Priority |  | No Claim Filed |
| 9. | First Premier | Unsecured |  | No Claim Filed |
| 10. | Visa | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,472.19 | $ 1,000.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 50.43 |
|  | $ 50.43 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Shack, Jane E                                    Case Number:  06 B 12650

                                                             Judge:  Hollis, Pamela S

         Printed:  5/1/07                                    Filed:  10/4/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                         Marilyn O. Marshall, Trustee, by:

                         _____Denise Ashley_____